# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 740 | **DATE** | 11/9/2007 |
| **CASE TITLE** | USA vs. Guadalupe Raul Martinez | | |

**DOCKET ENTRY TEXT**

ARREST WARRANT ISSUED as to Guadalupe Raul Martinzez.

Docketing to mail notices.

| | | Courtroom Deputy Initials: | yp |
|---|---|---|---|