# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 740 - 1 | **DATE** | 11/13/2007 |
| **CASE TITLE** | USA vs. Guadalupe Raul Martinez | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Guadalupe Raul Martinez appears in response to arrest on 11/13/07. Defendant informed of his rights. Enter order appointing Robert A Korenkiewiciz of Federal Defender Program as counsel for defendant. Government's oral motion for pretrial detention is granted. Detention hearing set for 11/16/07 at 10:30 a.m. Government's oral motion for leave is granted. Government to contact Mexican Consulate. Defendant shall remain in custody pending further order of court.

Docketing to mail notices.

00:10 PTC

| | Courtroom Deputy Initials: | LXS |
|---|---|---|