

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of  
UNITED STATES  
v.  
GUADALUPE RAUL MARTINEZ

Case Number: 07CR740-1

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GUADALUPE RAUL MARTINEZ

**FILED**  
NOV 13 2007  
MICHAEL W. DOBBINS  
CLERK, U.S. DISTRICT COURT

**RECEIVED**  
NOV 12 2007  
MAGISTRATE JUDGE NAN R. NOLAN  
UNITED STATES DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | Robert A. Korenkiewicz |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ [signature] |
| FIRM | |
| STREET ADDRESS | 20 N. Clark St. Ste. 1200 |
| CITY/STATE/ZIP | Chicago, Illinois 60602 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 21721 | 312-368-5263 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☒