# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev 5/98)

IN UNITED STATES [X] MAGISTRATE [ ] DISTRICT [ ] APPEALS COURT or [ ] OTHER PANEL (Specify below)

IN THE CASE OF: UNITED STATES vs. GUADALUPE RAUL MARTINEZ
FOR: N.D. OF ILLINOIS
AT: Chicago

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): Guadalupe R. Martinez

- 1 [X] Defendant – Adult
- 2 [ ] Defendant – Juvenile
- 3 [ ] Appellant
- 4 [ ] Probation Violator
- 5 [ ] Parole Violator
- 6 [ ] Habeas Petitioner
- 7 [ ] 2255 Petitioner
- 8 [ ] Material Witness
- 9 [ ] Other (Specify)

DOCKET NUMBERS
Magistrate: 
District Court: 07CR 740-1
Court of Appeals: 

RECEIVED NOV 13 2007
MAGISTRATE JUDGE NAN R. NOLAN
UNITED STATES DISTRICT COURT

FILED NOV 1 3 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CHARGE/OFFENSE (describe if applicable & check box →) [X] Felony [ ] Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? [ ] Yes [X] No [ ] Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? [ ] Yes [ ] No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? [X] Yes [ ] No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $600.00 — Ronald Wagner Plumbing

**CASH**
Have you any cash on hand or money in savings or checking account [ ] Yes [X] No   IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? [ ] Yes [X] No
IF YES, GIVE THE VALUE AND DESCRIBE IT: $ _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: [X] SINGLE [ ] MARRIED [ ] WIDOWED [ ] SEPARATED OR DIVORCED
Total No. of Dependents: 1
List persons you actually support and your relationship to them: 2 Daut 7

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| Lives with mother | | $ | $300 |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 11/13/07

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Guadalupe R. Martinez