

FILED

NOV 1 5 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDGE GETTLEMAN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 07 CR 740 |
| v. | Violation: Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4) |
| GUADALUPE RAUL MARTINEZ, also known as "Raul Martinez-Guadalupe" | |

**MAGISTRATE JUDGE VALDEZ**

The SPECIAL AUGUST 2006-2 GRAND JURY charges:

On or about October 11, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

GUADALUPE RAUL MARTINEZ,
also known as Raul Martinez-Guadalupe

defendant herein, an alien who previously had been deported and removed from the United States on or about October 23, 1997 and again on or about June 28, 2006, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY