07 CR 740    07 GJ 1067

Minute Order Form (rev. 4/99)

MAGISTRATE JUDGE VALDEZ UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE GETTLEMAN | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 0740 | DATE | NOVEMBER 15, 2007 |
| CASE TITLE | US v. GUADALUPE RAUL MARTINEZ | | |

Motion:   (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

**SPECIAL AUGUST 2006-2**

The Grand Jury for the _____ SPECIAL AUGUST 2006-2 _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _Nan R. Nolan_

Docket Entry:

NO BOND SET. DETAINED BY MAGISTRATE. DEFENDANT IS CURRENTLY IN
THE CUSTODY OF THE U.S. MARSHAL'S SERVICE AND IS BEING HELD AT
THE METROPOLITAN CORRECTIONAL CENTER.

**FILED**

NOV 1 5 2007

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

SIGNATURE OF JUDGE _____    (ONLY IF FILED
OR MAGISTRATE JUDGE            UNDER SEAL)

| | | | Number of notices | DOCKET# |
|---|---|---|---|---|
| No notices required, advised in open court. | | | Date docketed | |
| No notices required. | | | Docketing | |
| Notices mailed by judge's staff. | | | dpty. initials | |
| Notified counsel by telephone. | | | Date mailed | |
| Docketing to mail notices | | | notice | |
| Mail AO 450 form. | | | Mailing | |
| Copy to judge/magistrate judge. | | | dpty. initials | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | | |