## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 740 - 1 | **DATE** | 11/16/2007 |
| **CASE TITLE** | USA vs. Guadalupe Raul Martinez | | |

**DOCKET ENTRY TEXT**

Case called for detention hearing. Defendant having been indicted, parties to proceed before the district court. Defendant to remain in custody until further order of the Court.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|