## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 740 | **DATE** | 11/21/2007 |
| **CASE TITLE** | USA vs. Guadalupe Raul Martinez | | |

**DOCKET ENTRY TEXT**

Case called for arraignment. Defendant Guadalupe Raul Martinez does not appear. Arraignment set for 11/21/07 is stricken and reset to 11/28/07 at 8:30 a.m

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | NTF |
|---|---|---|