# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 740 | **DATE** | 11/28/2007 |
| **CASE TITLE** | USA vs. Guadalupe Raul Martinez | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant informed of his rights. Defendant waives formal reading of indictment. Defendant enters plea of not guilty to the count in the Indictment. Rule 16.1(A) conference to be held on or before 11/30/07. Pretrial motions shall be filed on or before 12/12/07. Status hearing before Judge Gettleman is set for 12/12/07 at 09:15 a.m. On the government's motion and the defendant not objecting, the court finds that the time until the status before the District Judge shall be excluded pursuant to 18 U.S.C. § 3161(h)(1) and *U.S. v. Tibboel*, 753 F.2d 608 (7th Cir. 1985). (X-T).

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:05

| | Courtroom Deputy Initials: | NTF |
|---|---|---|