**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

UNITED STATES OF AMERICA
                          Plaintiff,

v.                                                   Case No.: 1:07–cr–00740
                                                    Honorable Robert W. Gettleman

Guadalupe Raul Martinez
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 12, 2007:

      MINUTE entry before Judge Robert W. Gettleman: Status hearing held on 12/12/2007. The Court deems the period of time from 12/12/2007 through 2/19/2008 excludable under 18 USC Sect. 3161(h)(8)(B)(iv). Status hearing set for 2/19/2008 at 09:00 a.m. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.