## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                                  Case No.: 1:07–cr–00740
                                                    Honorable Robert W. Gettleman

Guadalupe Raul Martinez

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 19, 2008:

      MINUTE entry before Judge Robert W. Gettleman: as to Guadalupe Raul Martinez: Status hearin held. The Court deems the period of time from 2/19/2008 through 2/22/2008 excludable under 18 USC Section 3161(h)(8)(B)(iv). Change of Plea Hearing set for 2/22/2008 at 2:00 p.m. Mailed notice (gds,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.